LANAK & HANNA, P.C.
Francis J. Lanak, Esq. (Bar No. 43487)
Eric N. Kibel, Esq. (Bar No. 236571)
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone:  (714) 550-0418
Facsimile:   (714) 703-1610
flanak@lanak-hanna.com
ekibel@lanak-hanna.com

Attorneys for Plaintiff
PINNER CONSTRUCTION CO., INC.

JEFFREY A. CHARLSTON (State Bar No. 65427)
   jcharlston@crwllp.com
   Direct Dial: (310) 551-7010
BRUCE T. SMYTH (State Bar No. 898171)
   bsmyth@crwllp.com
   Direct Dial: (310) 551-7055
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Fax:  (310) 203-9321

Attorneys for Defendant
PHILADELPHIA INDEMNITY INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNER CONSTRUCTION CO., INC., a California corporation,<br><br>              Plaintiffs,<br><br>   vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation and DOES 1-25, inclusive,<br><br>              Defendants. | Case No. CV 12-1321-DMG (FFMx)<br><br>**ORDER RE DISMISSAL [22]** |

{00063324.DOCX 1}

1

1   Pursuant to stipulation of plaintiff PINNER CONSTRUCTION CO., INC.
2  and defendant PHILADELPHIA INDEMNITY INSURANCE COMPANY, and
3  good cause existing therefor,
4   IT IS HEREBY ORDERED that this action is dismissed with prejudice,
5  each party to bear its own costs and attorney's fees.

7  DATED: August 30, 2012
8  _____
   DOLLY M. GEE
   United States District Judge